# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3304

_____

United States of America,         *
                                      *

        Appellee,            *

                                       *   Appeal from the United States
        v.                  *   District Court for the
                                     *   Western District of Arkansas.

Leonard E. Magby,          *

                                     *      [UNPUBLISHED]

        Appellant.          *

_____

Submitted: March 7, 2000
Filed: March 13, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

    Leonard Magby appeals the district court's[1] order denying his petition for a writ of error coram nobis. After carefully reviewing the record and the parties' briefs, we conclude that the district court did not err in denying the writ. Among other reasons, Magby is still serving the sentence that he challenges. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

    [1]The Honorable Jimm Larry Hendren, Chief District Judge, United States District Court for the Western District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.